| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>Princeton, NJ 08543<br>609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of The CWABS Inc., Asset-Backed Certificates, Series 2006-16* | Order Filed on December 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Albert F. Lawes,<br><br>        Debtors. | Case No. 20-10017-JNP<br><br>Chapter 13<br><br>Hearing Date: December 22, 2020 |

## ORDER VACATING THE AUTOMATIC STAY

  The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 31, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Albert F. Lawes
Case No: 20-10017 (JNP)
Caption: Order Vacating the Automatic Stay

___

Upon the Motion of Jenkins & Clayman, attorneys for the debtor, Albert F. Lawes ("Debtor") to Vacate Dismissal of Case ("Motion") and Hill Wallack LLP, attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of The CWABS Inc., Asset-Backed Certificates, Series 2006-16 (hereinafter collectively "Secured Creditor") having filed opposition thereto, and the Debtor having consented to grant Secured Creditor relief from the automatic stay as a condition of the entry of an Order granting Debtor's Motion to Vacate Dismissal, and for cause shown, it is hereby

**ORDERED** as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real property commonly known as 801 Renaissance Drive, Williamstown, New Jersey 08094, also known as Lot 8 in Block 110.0404 on the Tax Map of the Township of Monroe, County of Gloucester, State of New Jersey.

**It is further ORDERED** that the Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**Page | 3**
Debtor: Albert F. Lawes
Case No: 20-10017 (JNP)
Caption: Order Vacating the Automatic Stay

_____

**It is further ORDERED** that the Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

Counsel for Secured Creditor shall serve this Order on the Debtor, Debtor's counsel, any trustee, and other party who entered an appearance on the motion.