```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation
```

Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALBERT F. LAWES,

    Debtor.

Case No.: 20-10017 (JNP)

Chapter 13

Judge: Poslusny, U.S.B.J.

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 7, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Lawes
Case No.: 20-10017
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

---

This matter having been presented to the Court by Debtor Albert Lawes ("Debtor"), by and through Debtor's counsel, Jenkins & Clayman (Eric Clayman, Esq., appearing), and the State of New Jersey, Division of Taxation ("Taxation") by and through its counsel, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's claims and their treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 10-1) filed on December 10, 2020 is hereby allowed and treated as follows:

   a. The secured portion of Taxation's claim in the amount of $1,697.46 is hereby reclassified to a general unsecured portion and shall be treated as other general unsecured claims in Debtor's Plan;

   b. The secured portion of Taxation's claim in the amount of $197.99 is hereby reclassified to a priority portion and shall be paid in full through Debtor's Plan. Debtor's Plan is hereby amended to provide for full payment of this priority portion;

   c. The priority portion of Taxation's claim is allowed in its entirety in the amount of $1,048.09. Debtor's Plan is hereby amended to provide for full payment of this priority portion; and

   d. The general unsecured portion of Taxation's claim in the amount of $2,078.46 shall be treated as other general unsecured claims in Debtor's Plan.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

Page 3
Debtor: Lawes
Case No.: 20-10017
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

CONSENTED AS TO FORM AND ENTRY:

JENKINS & CLAYMAN                    GURBIR S. GREWAL
Attorneys for the Debtor             Attorney General of New Jersey
                                     Attorney for Taxation

*/s/ Eric Clayman*                   */s/ Heather Lynn Anderson*
Eric Clayman, Esq.                   Heather Lynn Anderson
                                     Deputy Attorney General